**Dismissed and Memorandum Opinion filed June 14, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00200-CV**

_____

**ROBERT T. WALLACE, Appellant**

**V.**

**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-03987**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed November 20, 2011. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On March 19, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant filed a motion to extend time

to file the record, which this court granted. The record was due May 1, 2012. On May 10, 2012, appellant was again ordered to provide proof of payment for the record.

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Brown.